IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: JANICE M CONWAY
1944 DYER RD
GROVE CITY, OH 43123

SSN #(1): XXX-XX-0377

CASE NO: 09-56730

CHAPTER 13

JUDGE: CHARLES M. CALDWELL

## NOTICE OF INTENTION TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Frank M. Pees, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid pursuant to the terms set forth in the Debtor's confirmed Chapter 13 plan.

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00003 | BANK OF AMERICA<br>PO BOX 17645<br>BALTIMORE, MD 21297-1645 | Not filed | 8.00 % | 0.00 % | UNSECURED |
| 00004 | CME FEDERAL CREDIT UNION<br>365 S FOURTH ST<br>Columbus, OH 43215 | 13,439.02 | 100.00 % | 10.00 % | SPECIAL UNSECURED W/INTEREST |
| 00005 | CME FEDERAL CREDIT UNION<br>365 S FOURTH ST<br>Columbus, OH 43215 | 8,307.58 | 100.00 % | 10.00 % | SPECIAL UNSECURED W/INTEREST |
| 00014 | CME FEDERAL CREDIT UNION<br>365 S FOURTH ST<br>Columbus, OH 43215 | 98.95 | 100.00 % | 10.00 % | SPECIAL UNSECURED W/INTEREST |
| 00006 | DISCOVER BANK<br>DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | 6,064.39 | 8.00 % | 0.00 % | UNSECURED |
| 00007 | IC System, Inc.<br>PO Box 64378<br>St. Paul., MN 55164 | Not filed | 8.00 % | 0.00 % | UNSECURED |
| 00015 | JS & ASSOCIATES APPRAISAL SVCS<br>PO BOX 360713<br>COLUMBUS, OH 43236-0713 | 175.00 | 100.00 % | 0.00 % | APPRAISER |

CASE NO. 09-56730    JANICE M CONWAY

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00016 | JS & ASSOCIATES APPRAISAL SVCS<br>PO BOX 360713<br>COLUMBUS, OH  43236-0713 | 175.00 | 100.00 % | 0.00 % | APPRAISER |
| 00001 | KEYBANK NATIONAL ASSOCIATION<br>PO BOX 94968<br>CLEVELAND, OH  44101 | Paid outside | 100.00 % | 0.00 % | SECURED |
| 00008 | NATIONWIDE CREDIT INC<br>PO BOX 740640<br>ATLANTA, GA  30374-0640 | Not filed | 8.00 % | 0.00 % | UNSECURED |
| 00010 | Pohler & Associates LLC<br>3256 Henderson Rd<br>Columbus, OH  43220 | Not filed | 8.00 % | 0.00 % | UNSECURED |
| 00002 | ROUNDUP FUNDING<br>PO BOX 91121 MS 550<br>SEATTLE, WA  98111-9221 | 516.86 | 8.00 % | 0.00 % | UNSECURED |
| 00009 | ROUNDUP FUNDING<br>PO BOX 91121 MS 550<br>SEATTLE, WA  98111-9221 | 595.17 | 8.00 % | 0.00 % | UNSECURED |
| 00011 | Simm Associates<br>PO Box 7526<br>Newark, DE  19714-7526 | Not filed | 8.00 % | 0.00 % | UNSECURED |
| 00017 | THE BRUNNER FIRM CO<br>545 E TOWN ST<br>COLUMBUS, OH  43215 | 17,595.00 | 8.00 % | 0.00 % | UNSECURED |
| 00012 | The Brunner Firm Co LPA<br>545 E Town St<br>Columbus, OH  43215 | Not filed | 8.00 % | 0.00 % | UNSECURED |
| 00013 | West Asset Management Inc<br>PO Box 105478<br>Atlanta, GA  30348 | Not filed | 8.00 % | 0.00 % | UNSECURED |
| | TOTAL | 46,966.97 | | | |

CASE NO. 09-56730    JANICE M CONWAY

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00000 | JANICE M CONWAY<br>1944 DYER RD<br>GROVE CITY, OH  43123 | 0.00 | 0.00 % | 0.00 % | DEBTOR REFUND |
| 00000 | KAREN E HAMILTON ESQ<br>31 E WHITTIER ST<br>COLUMBUS, OH  43206 | 2,500.00 | 100.00 % | 0.00 % | ATTORNEY FEE |

Dated:  March 11, 2010

/s/Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700